JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES FALCONE,<br><br>           Plaintiff,<br><br>   v.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>           Defendant. | Case No. 2:24-cv-07736-JGB-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 7, 2025

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE